JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ROBERT WILLIAMS,

Plaintiff,

vs.

COUNTY OF LOS ANGELES,

Defendant.

Case No. 2:25-cv-03343-SK

**~~[PROPOSED]~~ ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**

Pursuant to the parties' Stipulation To Dismiss Case With Prejudice, **IT IS HEREBY ORDERED** that the above-entitled action is dismissed in its entirety, with prejudice, with each party to bear its own costs, attorneys' fees, and expenses pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(ii).

Dated: September 8, 2026

HON. STEVE KIM
United States Magistrate Judge